FILED

07/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0318

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0318

JUAN ANASTASIO RODRIGUEZ,

Petitioner,

v.

PETER BLUDWORTH, Warden,
Crossroads Correctional Center,

Respondent.

FILED

JUL 27 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Before this Court is self-represented Petitioner Juan Anastasio Rodriguez and his second Motion for Extension of Time to file a Petition for Rehearing of this Court's June 23, 2020 Order denying his Petition for a Writ of Habeas Corpus. The Clerk of the Supreme Court granted his first motion, pursuant to M. R. App. P. 26(1), giving Rodriguez thirty days to file his petition for rehearing, which is presently due on July 28, 2020.

While the Montana Rules of Appellate Procedure govern extensions of time, M. R. App. P. 20(2) applies here when a party seeks additional time to file a petition for rehearing.

> Timing.
> (a)   A party must file and serve a petition for rehearing within 15 days after the supreme court decision has been filed, unless the supreme court expressly shortens or enlarges the time by order.
>
> . . .
>
> (c)   Any motion for extension of time in which to file a petition for rehearing must be filed within the 15-day period for filing the petition for rehearing. The supreme court will grant extensions of time only upon a showing of unusual merit and in no event will grant an extension of time in excess of 15 days. The extension period will run from the date of the supreme court's order granting the extension.

Rodriguez was initially given twice the allotted time to file any petition for rehearing. This

conflicts with our rules. Rodriguez is not entitled to an additional thirty days to file a petition for rehearing. At most, he is entitled to another fifteen days from the date of this Order.

We observe that Rodriguez claims limited legal access, such as M. R. App. P. 20, which lists the criteria for a petition for rehearing. Therefore,

IT IS ORDERED that Rodriguez's Motion for Extension of Time is GRANTED and Rodriguez has an additional fifteen days to file such petition for rehearing. Rodriguez should prepare, file, and serve any petition on or before August 11, 2020. No further motions for extension of time will be considered or granted.

The Clerk is directed to provide a copy of this Order to counsel of record and to Juan Anastasio Rodriguez personally along with a copy of M. R. App. P. 20.

DATED this 27 day of July, 2020.

For the Court,

By _____
Chief Justice

2